# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **DEVONNA WHITE** | : | CASE NO.: 11-CV-02543 |
| Plaintiff | : | JUDGE DAN A. POLSTER |
| vs. | : | |
| **ZWICKER & ASSOCIATES, P.C.** | : | **DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL** |
| Defendant | : | |

**COMES NOW** Defendant, Zwicker & Associates, P.C., by and through counsel, and hereby give notice of the appearance of counsel. All filings and notice should be served upon the undersigned counsel at the following address:

**Derek W. Scranton, Esq.**
**Zwicker & Associates, P.C.**
**2300 Litton Lane, Suite 200**
**Hebron, KY 41048**

Respectfully submitted,

ZWICKER & ASSOCIATES, P.C.

_____
Derek W. Scranton (0075231)
***Attorney for Defendant, Zwicker & Associates***
2300 Litton Lane, Suite 200
Hebron, KY 41048
(859) 586-2250 (phone)
 (859) 586-2259 (fax)
*hebronlitigation@zwickerpc.com*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was sent via regular, U.S. Mail this 19th day of March 2012, to the following:

DeVonna White
3170 Ludlow Road
Shaker Heights, Ohio 44120

_____
Derek W. Scranton (0075231)