IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO


FILED
2012 APR -2 AM 10: 17
NORTHERN DISTRICT OF OHIO
CLEVELAND

DeVonna White
3170 Ludlow Road
Shaker Heights, Ohio 44120
    Plaintiff,

vs.

**NOTICE OF VOLUNTARY**
**DISMISSAL PURSUANT TO**
**F.R.C.P. 41(a)(1)(A)(i)**

Case No. 1:11CV2543

Zwicker & Associates, PC
2300 Litton Lane Suite 200
Hebron, KY 41048
Defendant

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to of the Federal Rules of Civil Procedure, the Plaintiff, DeVonna White, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant, Zwicker & Associates, PC, Anne Smith and Derek Scranton.

_DeVonna White_    4/2/12
Plaintiff           Date
DeVonna White
3170 Ludlow Road
Shaker Heights, Ohio 44120
216-374-6277