IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

DeVonna White
3170 Ludlow Road
Shaker Heights, Ohio 44120
    Plaintiff,

vs.

Zwicker & Associates, PC
2300 Litton Lane Suite 200
Hebron, KY 41048
Defendant

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No. 1:11CV2543

JUDGE POLSTER

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to of the Federal Rules of Civil Procedure, the Plaintiff, DeVonna White, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant, Zwicker & Associates, PC, Anne Smith and Derek Scranton.

_____ 4/2/12
Plaintiff                  Date
DeVonna White
3170 Ludlow Road
Shaker Heights, Ohio 44120
216-374-6277

So ordered
4/2/12